Fairy HAYWARD, Appellant,

v.

Rex SATTERFIELD and Brenda Whetsel Palma, Respondents.

No. WD 60814.

Missouri Court of Appeals, Western District.

Oct. 29, 2002.

Fairy Hayward, pro se.

Michelle M. Clark, Kansas City, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

#### Order

PER CURIAM.

Fairy Hayward appeals the decision of the trial court granting summary judgment to Rex Satterfield and Brenda Palma. Finding no basis for reversing the judgment, we affirm by summary order. A memorandum setting forth the reasons for the decision is provided to the parties. Judgment affirmed. Rule 84.16(b).